IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-HC-2068-BO

| | |
|---|---|
| ALVARO CHAVEZ,<br>              Petitioner,<br><br>v.<br><br>ERIC H. HOLDER, JR.,<br>              Respondent. | **ORDER** |

On April 11, 2014, Alvaro Chavez ("Chavez" or "petitioner"), proceeding pro se, filed this writ of habeas corpus petition [D.E. 1]. The court then conducted its preliminary review and allowed the petition to proceed [D.E. 6]. On January 15, 2015, respondent filed a motion for summary judgment [D.E. 12]. Pursuant to Roseboro v. Garrison, 528 F.2d 309, 310 (4th Cir. 1975) (per curiam), the court notified Chavez about the pending motion, the consequences of failing to respond, and the response deadline [D.E. 16]. Chavez did not respond. Since that time, it also appears Chavez has been released from custody. See http://www.bop.gov/inmateloc/ (Last viewed July 24, 2015). However, Chavez has failed to provide the court with any forwarding address. Accordingly, the action is dismissed for failure to prosecute. Local Civil Rule 83.3, EDNC. The Clerk is DIRECTED to close the case, and enter a dismissal of the matter without prejudice.

SO ORDERED. This 24 day of July 2015.

                                                    TERRENCE W. BOYLE
                                                    United States District Judge